LEON LEMLE and Another v. C. H. M. BUILDING CORPORATION and FRANK HABACK.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of ELMER G. LETERMAN against LOUIS H. PINK (GEORGE H. VAN SCHAICK), Superintendent of Insurance of the State of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

NASTIA POLIAKOVA v. COMPAGNIE GENERALE TRANSATLANTIQUE.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of DANIEL O'CONNELL & Co., INC., v. THE TRANSPORTATION CLUB.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley Townley, Untermyer and Dore, JJ.

CHARLES G. MAHER v. STEEPLECHASE AMUSEMENT COMPANY, INC.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & Co., INC., v. THE THREAD-NEEDLE INSURANCE COMPANY (1923), LTD.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and the time of the defendant within which to answer the complaint extended until five days after service of order with notice of entry thereof. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Application of GEORGE GASTON and Others Similarly Situated for an Order of Mandamus against FRANK J. TAYLOR, as Comptroller of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

BELMONT IRON WORKS v. PACIFIC COAST DIRECT LINE, INC.—Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

FLORINDO S. POLO v. BETHLEHEM FABRICATORS, INC.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Dore and Cohn, JJ.

In the Matter of the Application of ROBERT J. ROONEY against WILLIAM GORHAM RICE and Others.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.